19 F.3d 642
 Continental Insurance Company
v.
McKain (Judy L., Robert), Weidinger (Nancy), Duncan
(Jefferson), Aetna Casualty & Surety Company v. Allstate
Insurance Company, Pennsylvania National Insurance
Companies, a/k/a Pennsylvania National Mutual Casualty
Insurance Company
 NOS. 93-1275, 93-1607
 United States Court of Appeals,
Third Circuit.
 Feb 02, 1994
 
 Appeal From: E.D.Pa.,
 Yohn, J.,
 
 
 1
 820 F.Supp. 890,
 
 821 F.Supp. 1084
 
 2
 AFFIRMED.